# IN THE
# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

|  |  |
|---|---|
| CRAIG BRADLEY PATTERSON; _____ | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No.: 2:21cv670 |
| *Plaintiff* | **MOTION** |
| v. | |
| STANLEY A SINN; JANAHN J SINN; S & J CLASSIC DEVELOPMENTS, LLC. _____/ | |
| *Defendant(s)* | |

---

## MOTION FOR PRO SE E-FILING ACCESS

Plaintiff, Craig Bradley Patterson, and is otherwise, *sui juris* (hereinafter, "Plaintiff"), by and as representative states as follows:

Plaintiff requests that the Honorable Judge enter an Order allowing the Plaintiff permission e-filing access through NextGen CM/ECF electronic filing PACER portal.

Respectfully submitted,

S/ Craig Bradley Patterson_____
CRAIG BRADLEY PATTERSON
158 Mahogany Drive
Dated this 24th day of September, 2021     Naples, Florida 34108
c.bradley@cbradleycorp.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY Pursuant to Fla. R. Civ. P. 1.080, that I electronically filed the foregoing with the Clerk of the Circuit Court of the Twentieth Judicial Circuit in and for Lee County, Florida by using the Florida Courts E-Filing Portal (FL.CM/ECF) on the date hereof.

Participants in the case who are either (1) registered FL.CM/ECF users, and/or identified within the electronic service list as (2) service recipients and/or (3) interested parties may have received a true and correct copy of the same by means of the FL.CM/ECF portal.

I further certify that if participants in the case are not registered FL.CM/ECF users, or identified within the electronic service list as service recipients or interested parties and require service, I have mailed a true and correct copy of the foregoing by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within (3) calendar days, to the following non-FL.CM/ECF users' participants: None

Respectfully submitted,

S/ Craig Bradley Patterson
CRAIG BRADLEY PATTERSON
158 Mahogany Drive
Dated this 24th day of September, 2021    Naples, Florida 34108
c.bradley@cbradleycorp.com