UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CRAIG BRADLEY PATTERSON,

    Plaintiff,

v.                                  Case No:   2:21-cv-670-JLB-NPM

STANLEY A. SINN,
JANAHN J. SINN, and
S&J CLASSIC DEVELOPMENTS,
LLC,

    Defendants.

## ORDER

On December 1, 2021, the Magistrate Judge filed a Report and Recommendation in this case recommending that Plaintiff's Complaint (Doc. 1) be dismissed for failure to comply with the Court's orders and failure to prosecute. (Doc. 11.)   No objection has been filed, and the time to do so has expired.

A district judge may accept, reject, or modify a magistrate judge's report and recommendation.   28 U.S.C. § 636(b)(1).   In the absence of objections, a district judge is not required to review the factual findings in the report de novo, but legal conclusions are reviewed de novo even without an objection.   Id.; Cooper-Houston v. S. Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993).

After an independent review of the record, and noting that Plaintiff has not objected, the Court agrees with the Report and Recommendation.   The Court will dismiss this action without prejudice.

Accordingly, it is **ORDERED**:

1. The Report and Recommendation (Doc. 11) is **ADOPTED** and made part of this Order for all purposes.

2. This case is **DISMISSED WITHOUT PREJUDICE**.

3. The Clerk of Court is **DIRECTED** to terminate any pending deadlines and close the file.

**ORDERED** at Fort Myers, Florida, on December 20, 2021.

_____
JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE